

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER GRANTING STAY OF TRIAL COURT PROCEEDINGS

Appellate case name:    Matrix Markets, LLC and Lone Star, LLC v. Frank W. Getman, Neo Markets, Inc. and Neo Technologies LLC

Appellate case number:    01-16-00770-CV

Trial court case number:    2016-06346

Trial court:    164th District Court of Harris County

The appellants' motion for a stay of trial court proceedings pending resolution of the interlocutory appeal from the trial court's order partially denying a motion to compel arbitration is GRANTED. All proceedings in the trial court, including outstanding discovery requests, are stayed pending further other of the court.

It is so ORDERED.


Judge's signature: /s/ Jane Bland
                                Acting individually


Date: October 3, 2016